UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CASH FLOW RESOURCES, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-2116** |
| **HORIZON CONSULTING, INC.** | **SECTION "G" (2)** |

### ORDER

The court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection, hereby approves the Report and Recommendation[1] of the United States Magistrate Judge and adopts them as its opinion in this matter.

The Court finds that (1) a valid default judgment was entered in favor of Plaintiff Cash Flow Resources, LLC ("Plaintiff");[2] (2) Pursuant to Federal Rule of Civil Procedure 69, Plaintiff sought post-judgment discovery in aid of execution; (3) Defendant Horizon Consulting, Inc. ("Defendant") was ordered to appear for a judgment debtor exam on December 3, 2025; (4) Defendant received notice of the examination;[3] (5) Defendant failed to appear as ordered;[4] (6) the Magistrate Judge ordered that Defendant appear on January 14, 2026 to show cause for its failure to appear for the judgment debtor examination; and (7) Defendant failed to appear at the show cause hearing.[5] Therefore,

---

[1] Rec. Doc. 36.

[2] Rec. Doc. 24.

[3] Rec. Doc. 31.

[4] Rec. Doc. 32.

[5] Rec. Doc. 35.

**IT IS HEREBY ORDERED** that the Court **ADOPTS** the Report and Recommendation;[6]

**IT IS FURTHER ORDERED** that Defendant shall appear before the undersigned District Judge on March 18, 2026 at 10:00 AM, at 500 Poydras Street, New Orleans, Louisiana 70130, Courtroom C227, to show cause why it should not be held in civil contempt for failure to comply with the Court's order requiring his appearance at the judgment debtor examination. Defendant is advised that failure to appear through counsel may result in the imposition of coercive sanctions, including monetary sanctions, attorney's fees, and other relief deemed appropriate.

**NEW ORLEANS, LOUISIANA,** this ___19th___ day of February, 2026.

_____
 **NANNETTE JOLIVETTE BROWN**
 **UNITED STATES DISTRICT JUDGE**

**CLERK TO NOTIFY:**
**Horizon Consulting, Inc.**
**c/o Lisa Fletcher**
**103 Sleepy Hollow**
**Picayune, MS 39466-9237**

**Horizon Consulting, Inc.**
**c/o Corey Boaz**
**1833 59th Avenue SE**
**Salem, OR 97317**

---

[6] Rec. Doc. 36.